**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ARENA IP, LLC,** | ) | |
|     Plaintiff, | ) | |
| | ) | **Civil Action No. 6:22-cv-00384-ADA** |
| v. | ) | |
| | ) | |
| **AT&T MOBILITY, LLC.,** | ) | |
|     Defendant. | ) | **JURY TRIAL DEMANDED** |

## UNOPPOSED NOTICE TO STAY ALL DEADLINES

    Plaintiff, Arena IP, LLC and Defendant, AT&T Mobility, LLC, file this joint motion to stay and respectfully move to stay all deadlines in this Action for 30 days during the pendency of settlement negotiations. Good cause exists to support the stay. The parties are attempting to settle the Action, and a stay of this case for 30 days will allow the parties to focus their efforts on resolution instead of litigation. Currently, AT&T's motion to dismiss (ECF. No. 17) is pending before this Court. If settlement cannot be reached, the parties will jointly move to lift the stay.

    Both parties consent to the relief requested herein.

                                                  Respectfully submitted,

                                                  **Ramey, LLP**

                                                  */s/ William P. Ramey, III*
                                                  William P. Ramey, III
                                                  Texas Bar No. 24027643
                                                  5020 Montrose Blvd., Suite 800
                                                  Houston, Texas 77006
                                                  Telephone: (713) 426-3923
                                                  Facsimile: (832) 900-4941
                                                  wramey@rameyfirm.com

                                                 ***ATTORNEYS FOR ARENA IP, LLC***

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on September 21, 2022, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure:

            By: */s/ William P. Ramey, III*
            William P. Ramey, III