# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **ARENA IP, LLC,**<br>    Plaintiff, | Civil Action No. 6:22-cv-00384-ADA |
| v. | |
| **AT&T MOBILITY, LLC,**<br>    Defendant | JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO STAY ALL DEADLINES

Plaintiff, Arena IP, LLC ("Arena") and Defendant, AT&T Mobility, LLC ("AT&T") file this Unopposed Motion to Stay All Deadlines because all matters in controversy between Arena and AT&T are being worked out and hope to settle this case in the near future. Thus, parties require additional time to finalize the agreement and to dismiss the case. The parties, therefore, respectfully request that all hearings and deadlines between the parties be stayed for 30- days.

DATED: September 22, 2022           Respectfully submitted,

                                    **Ramey LLP**

                                By: */s/ William P. Ramey, III*
                                    William P. Ramey, III
                                    Texas Bar No. 24027643
                                    5020 Montrose Blvd., Suite 800
                                    Houston, Texas 77006
                                    (713) 426-3923 (telephone)
                                    (832) 900-4941 (fax)
                                    wramey@rameyfirm.com

                                    *Attorneys for Arena IP, LLC*

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 22, 2022, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure:

By: */s/ William P. Ramey, III*
William P. Ramey, III