# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>AT&T INC.,<br><br>            Defendant. | Case No. 6:22-cv-00384-ADA<br><br>**JURY TRIAL DEMANDED** |

**PARTIES' SECOND JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff Arena IP, LLC and Defendant AT&T Mobility, LLC (collectively "the Parties") filed their Joint Motion to Extend Stay of Proceedings Pending Completion of Settlement Agreement on November 14, 2022. (Dkt. No. 28). The Court granted the Parties' Motion on November 16, 2022, and stayed all proceedings in this case for an additional 30 days. Since that time, the Parties executed an agreement to resolve this case and they are in the process of each satisfying conditions precedent to the filing of a motion to dismiss with prejudice. The Parties, therefore, respectfully request that the Court extend the stay of all deadlines for an additional thirty days, from the current deadline until January 16, 2023.

A proposed Order is attached for the Court's convenience.

[signatures continue on next page]

| Dated:  December 15, 2022 | Respectfully submitted, |
|---|---|
| **Counsel for Plaintiff Arena IP, LLC** | **Counsel for Defendant AT&T Mobility LLC** |
| /s/<br>William P. Ramey, III<br>wramey@rameyfirm.com<br>**RAMEY LLP**<br>5020 Montrose Blvd., Suite 800<br>Houston, TX 77006<br>Telephone: 713-426-3923<br>Facsimile: 832-900-4941 | */s/ Matthew S. Yungwirth*<br>Matthew S. Yungwirth (*pro hac vice* admitted)<br>msyungwirth@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street NE, Suite 1700<br>Atlanta, GA 30309<br>Telephone:  (404) 253-6900<br><br>Gilbert A. Greene<br>BGreene@duanemorris.com<br>**DUANE MORRIS LLP**<br>Las Cimas IV<br>900 S. Capital of Texas Highway, Suite 300<br>Austin, TX 78746<br>Telephone: 512-277-2246<br>Facsimile: 512-597-0703 |

## CERTIFICATE OF SERVICE

I certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth