IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>AT&T INC.,<br><br>                Defendant. | Case No. 6:22-cv-00384-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON PARTIES' SECOND JOINT MOTION TO EXTEND STAY OF ALL PROCEEDINGS

This Court, having considered the Parties' Second Joint Motion to Extend Stay of All Proceedings (the "Motion"), hereby GRANTS the Parties' Motion.

**IT IS HEREBY ORDERED** that the stay of all deadlines is extended up to and including January 16, 2023.

This _____ day of December, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE